IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00985-RPM

COORS BREWING COMPANY,

           Plaintiff,

v.

JACOBS ENGINEERING GROUP INC. and
JACOBS CONSTRUCTION SERVICES, INC.,

    Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


      The Unopposed Motion for Leave to Court to Change Time of Scheduling Conference [22] is granted and the August 6, 2008, conference will commence at **11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Dated:  July 18, 2008