# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 08-cv-00985-RPM

COORS BREWING COMPANY,

          Plaintiff,

vs.

JACOBS ENGINEERING GROUP INC. and
JACOBS CONSTRUCTION SERVICES, INC.,

          Defendants.

## ORDER TO AMEND THE SCHEDULING ORDER

    Having reviewed the joint and unopposed motion of the parties and good cause appearing, IT IS HEREBY ORDERED that the pre-trial deadlines previously established within Section 7 of the Scheduling Order dated August 6, 2008 are hereby continued as follows:

  a) Deadline for Joinder of Parties and Amendment of Pleadings (which originally closed on September 20, 2008) is reopened and extended to:

    **July 31, 2009.**

  b) Discovery cut-off:

    **May 31, 2010.**

  c) Dispositive Motion Deadline:

    **August 1, 2010.**

  d) Expert Witness Disclosure:

    1 The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all

information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 28, 2010.**

2) The parties shall designate all contradicting experts and provide opposing counsel will all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 10, 2010.**

3) Any rebuttal opinions will be exchanged on or before **April 10, 2010.**

e) Deposition Schedule:

**September 1, 2009** through **May 31, 2010.**

Dated this 29th day of June, 2009.

By the Court:

_____
Richard P. Matsch, Senior Judge
United States District Judge