IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00985-RPM

COORS BREWING COMPANY,

        Plaintiff,

v.

JACOBS ENGINEERING GROUP INC. and
JACOBS CONSTRUCTION SERVICES, INC.,

        Defendants.

_____

ORDERS DENYING JACOBS' MOTION FOR PARTIAL SUMMARY JUDGMENT;
GRANTING JACOBS' MOTION TO IMPLEAD BRIGGS OF BURTON, PLC, BY A
THIRD-PARTY COMPLAINT AND FOR CONSOLIDATION OF ACTIONS
_____

Upon review of the motion for partial summary judgment, filed by Defendants Jacobs Engineering Group Inc. and Jacobs Construction Services, Inc., on October 8, 2008, and the papers filed supporting and opposing that motion, the Court finds and concludes that the issues cannot be resolved under Fed.R.Civ.P. 56 and that the Jacobs' motion to implead claims against Briggs of Burton, PLC, by a third-party complaint tendered with the motion should be granted which also warrants consolidation of this civil action with Civil Action *Briggs of Burton, PLC v. Jacobs Industrial Services, Inc. a/k/a Jacobs Construction Services, Inc. and Jacobs Construction, Inc.,* Civil Action No. 09-cv-00271-ZLW-CBS as requested in Jacobs' motion to consolidate, filed May 8, 2009, and opposed by Briggs of Burton, PL.  It is therefore

ORDERED that the Jacobs defendants' motion for partial summary judgment is denied and it is

FURTHER ORDERED that the Jacobs defendants' motion to implead Briggs of Burton, PLC is granted with the tendered third-party complaint submitted with the motion on June 29, 2009, as of this date filed and it is

FURTHER ORDERED that this civil action is consolidated with *Briggs of Burton, PLC v. Jacobs Industrial Services, Inc. a/k/a Jacobs Construction Services, Inc. and Jacobs Construction, Inc.,* Civil Action No. 09-cv-00271-ZLW-CBS.  It is

FURTHER ORDERED that because of the entry of these orders, a new scheduling conference should be convened.  The Court will set a new conference in the consolidated actions after consultation with counsel to set a time agreeable to all parties.

DATED:   July 6th, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge