IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00985-RPM
(Consolidated w/Civil Action No. 09-cv-00271-RPM)

COORS BREWING COMPANY and
BRIGGS OF BURTON, PLC,

    Plaintiffs,

v.

JACOBS ENGINEERING GROUP INC.,
JACOBS INDUSTRIAL SERVICES, INC., a/k/a
JACOBS CONSTRUCTION SERVICES, INC., and
JACOBS CONSTRUCTION, INC.,

    Defendants,
and

JACOBS ENGINEERING GROUP INC. and
JACOBS CONSTRUCTION SERVICES, INC.,

    Third-Party Plaintiffs,

v.

BRIGGS OF BURTON, PLC,

    Third-Party Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to D.C.COLO.LCivR 16, and this Court's order entered on July 6, 2009,

it is

    ORDERED that a scheduling conference will be held on **October 1, 2009, at**

**2:30 a.m.** in the Conference Room, Second Floor, the Byron White United States

Courthouse, 1823 Stout Street, Denver, Colorado.   Counsel are directed to comply with

the Instructions for Preparation of Scheduling Order which may be found at

**http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch

Procedures) and use the format provided with those instructions (Rev. 1/08).  The

proposed order (original only) on paper, shall be submitted directly to chambers by **4:00

p.m. on September 24, 2009.**

The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or

representatives of parties will be permitted to attend.

DATED:   July 30th, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge