IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00985-RPM

COORS BREWING COMPANY and
BRIGGS OF BURTON, PLC,

        Plaintiffs,

v.

JACOBS ENGINEERING GROUP INC.,
JACOBS INDUSTRIAL SERVICES, INC., a/k/a
JACOBS CONSTRUCTION SERVICES, INC., and
JACOBS CONSTRUCTION, INC.,

    Defendants,
and

JACOBS ENGINEERING GROUP INC. and
JACOBS CONSTRUCTION SERVICES, INC.,

    Third-Party Plaintiffs,

v.

BRIGGS OF BURTON, PLC,

    Third-Party Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

     The Unopposed Motion to Reschedule Status and Scheduling Conference [60] is granted. The October 1, 2009, Scheduling Conference is **vacated and reset for September 30, 2009, at 1:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Dated: September 23, 2009