IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00985-RPM
(Consolidated w/Civil Action No. 09-cv-00271-RPM)

COORS BREWING COMPANY and
BRIGGS OF BURTON, PLC,

    Plaintiffs,

v.

JACOBS ENGINEERING GROUP INC.,
JACOBS INDUSTRIAL SERVICES, INC., a/k/a
JACOBS CONSTRUCTION SERVICES, INC., and
JACOBS CONSTRUCTION, INC.,

    Defendants,

and

JACOBS ENGINEERING GROUP INC. and
JACOBS CONSTRUCTION SERVICES, INC.,

    Third-Party Plaintiffs,

v.

BRIGGS OF BURTON, PLC,

    Third-Party Defendant.

_____

ORDER GRANTING JOINT UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
_____

After review of the Joint Unopposed Motion to Amend Scheduling Order, filed March 31, 2010 [64], it is

ORDERED that the motion is granted and the deadlines for Discovery Cut-off and Deposition Schedule in Section 7(e) of the Scheduling Order are extended to July 31, 2010.

DATED: March 31st, 2010

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge