# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

### Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00985-RPM
(Consolidated with Civil Action No. 09-cv-00271-RPM

COORS BREWING COMPANY and
BRIGGS OF BURTON, PLC,

           Plaintiffs,

  vs.

JACOBS ENGINEERING GROUP INC.,
JACOBS INDUSTRIAL SERVICES, INC., a/k/a/
JACOBS CONSTRUCTION SERVICES, INC., and
JACOBS CONSTRUCTION, INC.,

           Defendants.

  And

JACOBS ENGINEERING GROUP INC. and
JACOBS CONSTRUCTION SERVICES, INC.,

          Third Party Plaintiffs,

  vs.

BRIGGS OF BURTON, PLC,

          Third Party Defendant.

**DEFENDANT JACOBS CONSTRUCTION SERVICES, INC.'S
MOTION FOR JUDGMENT ON THE PLEADINGS ON
DEFENDANT'S CONTRACTUAL LIMITATION OF LIABILITY**

  Defendant JACOBS CONSTRUCTION SERVICES, INC. ("JCS") will and hereby does move this Court for an order entering partial judgment on the pleadings on Count Five of the Complaint in the above-entitled action. This Motion is brought pursuant to Federal Rule of Civil

Procedure 12(c), on the ground that the Construction Services Agreement ("CSA") expressly and unambiguously limits JCS' liability (if any) under Count Five of the Complaint to its Fee.

This Motion is based upon the memorandum of points and authorities, request for judicial notice, and notice of lodgment filed concurrently herewith, the pleadings already on file with the Court and any additional documentation, and oral argument as may be presented in connection with the hearing of this matter.[1]

| | |
|---|---|
| DATED:  June 10, 2010 | **s/David G. Palmer**<br>David G. Palmer, COSB No. 2634<br>GREENBERG TRAURIG LLP<br>1200 17th Street, Suite 2400<br>Denver, Colorado  80202<br>Telephone:  (303) 572-6500<br>Facsimile:  (303) 572-6540<br>E-mail:  PalmerDG@gtlaw.com<br>Attorneys for Defendant/Third-Party Plaintiffs<br>JACOBS ENGINEERING GROUP INC., JACOBS INDUSTRIAL SERVICES, INC., a/k/a JACOBS CONSTRUCTION SERVICES, INC., and JACOBS CONSTRUCTION, INC. |
| DATED:  June 10, 2010 | **s/Albert E. Peacock III**<br>Albert E. Peacock III, CASB No. 134094<br>Elizabeth P. Beazley, CASB No. 138198<br>KEESAL, YOUNG & LOGAN<br>400 Oceangate, P.O. Box 1730<br>Long Beach, California  90802<br>Telephone:  (562) 436-2000<br>Facsimile:  (562) 436-7416<br>E-mail:  al.peacock@kyl.com<br>Co-Counsel for Defendant/Third-Party Plaintiffs<br>JACOBS ENGINEERING GROUP INC., JACOBS INDUSTRIAL SERVICES, INC., a/k/a JACOBS CONSTRUCTION SERVICES, INC., and JACOBS CONSTRUCTION, INC. |

---

[1] Because this motion is made pursuant to Rule 12(c), the meet and confer requirements of Local Rule 7.1 do not apply; however, the parties have discussed the underlying issues and are unable to resolve them.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of June 2010, a true and accurate copy of DEFENDANT JACOBS CONSTRUCTION SERVICES, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS ON DEFENDANT'S CONTRACTUAL LIMITATION OF LIABILITY was electronically filed with the Clerk of Court using the CM/ECF system which sent notification via email to:

    Randall H. Miller, Esq.
    HOLME ROBERTS & OWEN LLP
    1700 Lincoln Street, Suite 4100
    Denver, Colorado 80203-4541
    E-mail:  Randy.Miller@hro.com

    Robert C. Chambers, Esq.
    SMITH CURRIE & HANCOCK LLP
    2700 Marquis One Tower
    245 Peachtree Center Avenue, NE
    Atlanta, Georgia 30303-1227
    E-mail:  RCChambers@smithcurrie.com

    Christian Heath Hendrickson, Esq.
    SHERMAN & HOWARD LLC
    633 Seventeenth Street, Suite 3000
    Denver, Colorado 80202
    E-mail:  chendrickson@shermanhoward.com

    Paul F. Keneally, Esq.
    UNDERBERG & KESSLER LLP
    300 Bausch & Lomb Place
    Rochester, New York 14604
    Telephone:  584-238-2724
    Facsimile:  584-258-2822
    E-mail:  pkeneally@underbergkessler.com

                          GREENBERG TRAURIG LLP

                          *s/ Jennifer Stafford*
                          Jennifer Stafford
                          1200 17th Street, Suite 2400
                          Denver, Colorado 80202
                          Telephone:  303-572-6500
                          Facsimile:  303-572-6540
                          Email:  StaffordJL@gtlaw.com