**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Civil Action No. 1:08-cv-00985-RPM
(Consolidated w/Civil Action No. 09-cv-00271-RPM)

COORS BREWING COMPANY AND
BRIGGS OF BURTON, PLC,

       Plaintiffs,

v.

JACOBS ENGINEERING GROUP INC.,
JACOBS INDUSTRIAL SERVICES, INC., a/k/a
JACOBS CONSTRUCTION SERVICES, INC., and
JACOBS CONSTRUCTION, INC.,

       Defendants,

and

JACOBS ENGINEERING GROUP INC. and
JACOBS CONSTRUCTION SERVICES, INC.,

       Third-Party Plaintiffs,

v.

BRIGGS OF BURTON, PLC,

       Third-Party Defendant.

---

**Coors' Response to Briggs of Burton's Motion for Judgment on the Pleadings**

---

Coors Brewing Company ("Coors") respectfully submits its Response to Briggs of Burton's ("Briggs") Motion for Judgment on the Pleadings. (Doc. No. 80). Briggs requested judgment on the pleadings with respect to the action brought against it by Jacobs Engineering

Group Inc. and Jacobs Construction Services, Inc. (collectively "Jacobs"). Coors has no claim against Briggs, but disagrees with Briggs' argument that engineers may contractually limit their liability under Va. Code Ann. § 54.1-411 (2000).

### Argument

In its memorandum of law supporting its motion, Briggs "adopts and incorporates" Jacobs' legal arguments that the recent changes to the statute were merely "technical amendments" meant to "clarify existing law" and that the changed statute should be applied "retroactively." Briggs Memo at 6. (Doc. No. 81). Briggs argues that the legislative history surrounding the statute "makes clear that the Virginia legislature sought to ensure that corporations like Jacobs and Briggs may limit their liability by cont[r]act." *Id*. Briggs and Jacobs are wrong because the statute was "amended and reenacted," which means that the changes are effective only prospectively. *See* Va. Code Ann. § 1-238.

Coors fully addresses Jacobs' and Briggs' legal arguments regarding Va. Code Ann. § 54.1-411 and the limitation of liability issue in Coors' Response in Opposition to Jacobs' Motion for Judgment on the Pleadings on Contractual Limitation of Liability. (Doc. No. 79). Coors reserves the right to respond to any new arguments that Jacobs may make in its response to Briggs' motion.

Respectfully submitted July 22, 2010.

*s/ Charles W. Surasky*
Charles W. Surasky
cwsurasky@smithcurrie.com
Robert C. Chambers
rcchambers@smithcurrie.com
John M. Mastin, Jr.
jmmastin@smithcurrie.com
**SMITH, CURRIE & HANCOCK LLP**

2700 Marquis One Tower
245 Peachtree Center Avenue NE
Atlanta, Georgia 30303-1227
Tel: 404-521-3800
Fax: 404-688-0671

Randall H. Miller
randy.miller@hro.com
James N. Phillips
james.phillips@hro.com
**HOLME ROBERTS & OWEN LLP**
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203-4541
Tel: 303-861-7000
Fax: 303-866-0200

*Attorneys for Plaintiff*
*Coors Brewing Company*

## CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on July 22, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

David G. Palmer
**GREENBERG TRAURIG LLP**
1200 17th Street, Suite 2400
Denver, Colorado 80202
Tel:  303-572-6500
Fax:  303-572-6540
Email:  palmerdg@gtlaw.com

and

Albert E. Peacock, III
Paul T. Ross
**KEESAL, YOUNG & LOGAN**
400 Oceangate
P.O. Box 1730
Long Beach, California  90801
Tel:  562-436-2000
Fax:  562-436-7416
Email:  al.peacock@kyl.com
         terry.ross@kyl.com

*Attorneys for Defendants and*
*Third-Party Plaintiffs*
*Jacobs Engineering Group Inc. and*
*Jacobs Construction Services, Inc.*

Christian H. Hendrickson
**SHERMAN & HOWARD L.L.C.**
633 17 Street, Suite 3000
Denver, Colorado 80202
Tel.: 303-297-2900
Fax: 303-298-0940
Email: chendrickson@shermanhoward.com

and

Paul F. Keneally
**UNDERBERG & KESSLER LLP**
300 Bausch & Lomb Place
Rochester, New York 14604
Tel.: 585-258-2800
Fax: 585258-2821
Email: pkeneally@underbergkessler.com

*Attorneys for Plaintiff and*
*Third-Party Defendant*
*Briggs of Burton, PLC*

 

*s/ John M. Mastin, Jr.*
John M. Mastin, Jr.
**SMITH, CURRIE & HANCOCK LLP**

*Attorneys for Plaintiff*
*Coors Brewing Company*