IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00985-RPM
(Consolidated w/Civil Action No. 09-cv-00271-RPM)

COORS BREWING COMPANY and
BRIGGS OF BURTON, PLC,

    Plaintiffs,

v.

JACOBS ENGINEERING GROUP INC.,
JACOBS INDUSTRIAL SERVICES, INC., a/k/a
JACOBS CONSTRUCTION SERVICES, INC., and
JACOBS CONSTRUCTION, INC.,

    Defendants,

and

JACOBS ENGINEERING GROUP INC. and
JACOBS CONSTRUCTION SERVICES, INC.,

    Third-Party Plaintiffs,

v.

BRIGGS OF BURTON, PLC,

    Third-Party Defendant.
_____

ORDER ON COLLATERAL FILINGS
_____

    Upon reviewing the filings that are collateral to the dispositive motions to be heard on February 14, 2011, it is

    ORDERED that the following pleadings are stricken: Document 68, Document 69, Document 71, Document 79-6, and Document 79-7.  It is

    FURTHER ORDERED that the plaintiff's motion to file surreply in Document #124 is granted.

    DATED: February 4th, 2011

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge