**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                February 14, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 08-cv-00985-RPM
(Consolidated w/Civil Action No. 09-cv-00271-RPM)

| | |
|---|---|
| COORS BREWING COMPANY and | Charles W. Surasky |
| BRIGGS OF BURTON, PLC, | Robert C. Chambers |
| | John M. Mastin, Jr. |
| Plaintiffs, | Michael J. Hofmann |
| | Randy H. Miller |
| v. | |
| | |
| JACOBS ENGINEERING GROUP INC., | David G. Palmer |
| JACOBS INDUSTRIAL SERVICES, INC., a/k/a | Albert E. Peacock, III |
| JACOBS CONSTRUCTION SERVICES, INC., and | Elizabeth P. Beazley |
| JACOBS CONSTRUCTION, INC., | Samuel A. Keesal, Jr. |
| | |
| Defendants, | |
| and | |
| | |
| JACOBS ENGINEERING GROUP INC. and | |
| JACOBS CONSTRUCTION SERVICES, INC., | |
| | |
| Third-Party Plaintiffs, | |
| v. | |
| | |
| BRIGGS OF BURTON, PLC, | Paul F. Keneally |
| | Christian H. Hendrickson |
| Third-Party Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**10:00 a.m.      Court in session.**

Court's preliminary remarks.

Court states its view regarding the applicable Virginia statute.
Court further states the contractual limitation is valid under Virginia law.

February 14, 2011
09-cv-00985-RPM

| | |
|---|---|
| **ORDERED:** | **Defendant Jacobs Engineering Group Inc.'s Motion for Judgment on the Pleadings on Plaintiff's Count Two for Breach of Fiduciary Duty, filed June 29, 2010 [76], is granted.** |
| | **Briggs of Burton's Motion for Judgment on the Pleadings on limitation of liability, filed July 2, 2010 [80], is granted.** |
| | **Defendant Jacobs Construction Services, Inc.'s Motion for Judgment on the Pleadings on Defendant's Contractual Limitation of Liability, filed June 10, 2010 [66], is granted.** |
| | **Defendant Jacobs Engineering Group Inc.'s Motion for Judgment on the Pleadings on Defendant's Contractual Limitation of Liability, filed July 28, 2010 [98], is granted.** |
| | **Defendant Jacobs' Motion for Judgment on the Pleadings Against Coors' Count Four for Negligent Misrepresentation, filed July 19, 2010 [92], is granted.** |
| 10:08 a.m. | Argument by Mr. John Mastin (economic loss rule). |
| 10:15 a.m. | Argument by Mr. Peacock. |
| **ORDERED:** | **Defendant Jacobs' Motion for Summary Judgment, filed August 2, 2010 [102], is denied.** |
| 10:23 a.m. | Argument by Mr. Mastin (unjust enrichment). |
| 10:30 a.m. | Argument by Mr. Peacock. |
| **ORDERED:** | **Defendant Jacobs' Motion for Judgment on the Pleadings Against Coors' Tort Claim, filed July 13, 2010 [83], is denied as to professional negligence in counts three and four.** |
| | **Defendant Jacobs' Motion for Judgment on the Pleadings on Coors' Count Seven for Unjust Enrichment, filed July 14, 2010 [86], is denied.** |
| **ORDERED:** | **Plaintiffs shall file an amended complaint with respect to claims Three, Six and Seven.**<br>**Counsel shall confer and submit a proposed revised scheduling order.** |
| | **Unopposed Motion for Amendment to Scheduling Order, filed July 12, 2010 [82], is moot.** |
| **10:34 a.m.** | **Court in recess.** |

Hearing concluded.  Total time: 34  min.