IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00985-RPM
(Consolidated w/Civil Action No. 09-cv-00271-RPM)

COORS BREWING COMPANY and
BRIGGS OF BURTON, PLC,

    Plaintiffs,

v.

JACOBS ENGINEERING GROUP INC.,
JACOBS INDUSTRIAL SERVICES, INC., a/k/a
JACOBS CONSTRUCTION SERVICES, INC., and
JACOBS CONSTRUCTION, INC.,

    Defendants,
and

JACOBS ENGINEERING GROUP INC. and
JACOBS CONSTRUCTION SERVICES, INC.,

    Third-Party Plaintiffs,

v.

BRIGGS OF BURTON, PLC,

    Third-Party Defendant.

_____

### ORDER ON REQUEST FOR CLARIFICATION
_____

    Briggs of Burton, PLC, filed a request for clarification of the February 14, 2011, orders entered in this case. As noted in the Court's minutes, the Briggs motion for judgment on the pleadings on limitation of liability, filed July 2, 2010, was granted. The Court did not specifically address the other claims made in the third-party complaint. The question of whether there will be a third-party claim for negligence for breach of

professional duty is a matter which will be dependent upon the plaintiffs' filing of an amended complaint and Jacobs' possible filing of an amended third-party complaint. The only question that this Court has resolved is the validity of the limitation of liability contained in Briggs' contract with Jacobs.  Accordingly, it is

ORDERED that the request for clarification has been resolved by this order.

DATED:   March 9th, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge