**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                October 19, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 08-cv-00985-RPM
(Consolidated w/Civil Action No. 09-cv-00271-RPM)

| | |
|---|---|
| COORS BREWING COMPANY and<br>BRIGGS OF BURTON, PLC,<br><br>         Plaintiffs,<br><br>v.<br><br>JACOBS ENGINEERING GROUP INC.,<br>JACOBS INDUSTRIAL SERVICES, INC., a/k/a<br>JACOBS CONSTRUCTION SERVICES, INC., and<br>JACOBS CONSTRUCTION, INC.,<br><br>         Defendants,<br>and<br><br>JACOBS ENGINEERING GROUP INC. and<br>JACOBS CONSTRUCTION SERVICES, INC.,<br><br>         Third-Party Plaintiffs,<br>v.<br><br>BRIGGS OF BURTON, PLC,<br><br>         Third-Party Defendant. | Charles W. Surasky<br>Robert C. Chambers<br>John M. Mastin, Jr.<br>Michael J. Hofmann<br><br><br>David G. Palmer<br>Albert E. Peacock, III<br>Elizabeth P. Beazley<br>Samuel A. Keesal, Jr.<br><br><br><br><br><br><br><br><br>Colin D. Ramsey<br>D. Rico Munn |

_____

**COURTROOM MINUTES**
_____

**Hearing on Defendants' Motions**

**10:00 a.m.      Court in session.**

Court's preliminary remarks.

**ORDERED:** Defendants Jacobs Engineering Group Inc. and Jacobs Construction Services, Inc.'s (2) Motion to Strike Allegations Beyond the Scope of Court Order [143] is denied.

October 19, 2011
08-cv-00985-RPM

Mr. Mastin answers questions asked by the court (damages).

Argument by Mr. Peacock.
Argument by Mr. Mastin.
Rebuttal argument by Mr. Peacock.
Statement by Mr. Mastin (unjust enrichment).

**ORDERED:** **Defendants Jacobs Engineering Group Inc. and Jacobs Construction Services, Inc.'s Motion for Judgment on the Pleadings on the Application of Defendants' Contractual Limitation of Liability to Plaintiff's Tort Claims [141], is taken under advisement.**

**ORDERED:** **Defendants Jacobs Engineering Group Inc. and Jacobs Construction Services, Inc.'s (1) Motion to Dismiss Counts One, Three and Four of Coors' First Amended Complaint [143], is taken under advisement.**

**10:39 a.m.** **Court in recess.**

Hearing concluded.  Total time:   39 min.