IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00985-RPM
(Consolidated w/Civil Action No. 09-cv-00271-RPM)

COORS BREWING COMPANY and
BRIGGS OF BURTON, PLC,

    Plaintiffs,

v.

JACOBS ENGINEERING GROUP INC.,
JACOBS INDUSTRIAL SERVICES, INC., a/k/a
JACOBS CONSTRUCTION SERVICES, INC., and
JACOBS CONSTRUCTION, INC.,

    Defendants,
and

JACOBS ENGINEERING GROUP INC. and
JACOBS CONSTRUCTION SERVICES, INC.,

    Third-Party Plaintiffs,

v.

BRIGGS OF BURTON, PLC,

    Third-Party Defendant.

_____

ORDER DENYING BRIGGS OF BURTON'S MOTION FOR SEPARATE TRIAL
_____

    Upon review of the papers filed in support and opposition to the motion filed by Briggs of Burton, PLC, for a separate trial of Civil Action No. 09-cv-00271 and the third-party claims in Civil Action No. 08-cv-00985, on February 23, 2012, it is

    ORDERED that the motion is denied.

    Dated:   April 2, 2012

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior District Judge