**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              May 11, 2012
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 08-cv-00985-RPM
(Consolidated w/Civil Action No. 09-cv-00271-RPM)

COORS BREWING COMPANY and
BRIGGS OF BURTON, PLC,                                   Robert C. Chambers
                                                         Michael J. Hofmann
    Plaintiffs,                                          John M. Mastin, Jr.

v.

JACOBS ENGINEERING GROUP INC.,                           Albert E. Peacock, III
JACOBS INDUSTRIAL SERVICES, INC., a/k/a                  Samuel A. Keesal, Jr.
JACOBS CONSTRUCTION SERVICES, INC., and                  Elizabeth P. Beazley
JACOBS CONSTRUCTION, INC.,                               David G. Palmer
                                                         Joann Caruso
    Defendants,
and

JACOBS ENGINEERING GROUP INC. and
JACOBS CONSTRUCTION SERVICES, INC.,

    Third-Party Plaintiffs,
v.

BRIGGS OF BURTON, PLC,                                   Paul F. Keneally
                                                         D. Rico Munn
    Third-Party Defendant.
_____

### COURTROOM MINUTES
_____

**Pretrial Conference**

**2:04 p.m.       Court in session.**

Court states its view of the case and approach to trial.

**Court advises counsel that it rejects the total cost method for measure of damages and expert Sarsten's opinion with respect to damages is excluded.**

May 11, 2012
08-cv-00985-RPM

**ORDERED:**     **Jacobs Engineering Group Inc.'s and Jacobs Construction Services, Inc.'s Motion to Exclude the Expert Testimony and Expert Report of Gunnar Sarsten, or in the Alternative to Convene a *Daubert* Hearing [192], is granted in part and denied in part as stated on record.**

**ORDERED:**     **Unopposed Motion for Time Extension for Jacobs' Reply in Support of its Motion to Exclude the Expert Testimony and Expert Report of Gunnar Sarsten, or in the Alternative, to Convene a *Daubert* Hearing [195], is moot.**

Mr. Chambers, Mr. Mastin, Mr. Peacock and Mr. Keneally state their parties' respective positions regarding case facts, liability and damages.

**ORDERED:**     **Six to eight week jury trial scheduled January 14, 2013.**
                       **Pretrial conference scheduled November 16, 2012 at 2:00 p.m.**
                       **Proposed jury instructions and pretrial order submitted directly to chambers by 4:00 p.m. November 8, 2012**
                       **Deadline for plaintiff's limited additional disclosures with respect to experts is July 31, 2012.**
                       **Deadline for defendants and third-party defendant's expert disclosures is October 16, 2012.**
                       **No pretrial order entered.**

**3:10 p.m.**        **Court in recess.**

Hearing concluded.  Total time: 1 hr. 6 min.