IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00985-RPM
(Consolidated w/Civil Action No. 09-cv-00271-RPM)

COORS BREWING COMPANY and
BRIGGS OF BURTON, PLC,

     Plaintiffs,

v.

JACOBS ENGINEERING GROUP INC.,
JACOBS INDUSTRIAL SERVICES, INC., a/k/a
JACOBS CONSTRUCTION SERVICES, INC., and
JACOBS CONSTRUCTION, INC.,

     Defendants,
and

JACOBS ENGINEERING GROUP INC. and
JACOBS CONSTRUCTION SERVICES, INC.,

     Third-Party Plaintiffs,

v.

BRIGGS OF BURTON, PLC,

     Third-Party Defendant.

_____

ORDER ON MOTIONS
_____

Upon review of the relevant filings, it is

ORDERED that Jacobs Engineering Group Inc.'s and Jacobs Construction Services, Inc.'s Motion to Exclude the Expert Testimony and Expert Report of Gunnar Sarsten and for Judgment, Or, in the Alternative, to Convene a *Daubert* Hearing [204], is denied.  It is

FURTHER ORDERED that Jacobs Engineering Group Inc.'s and Jacobs Construction Services, Inc.'s Motion to Exclude the Expert Testimony and Expert Report of FTI Consulting, Inc. and Neil Gaudion and for Judgment, or, in the Alternative, to Convene a *Daubert* Hearing [205], is denied.  It is

FURTHER ORDERED that Motion to Schedule Telephonic Status Conference and Extend The Deadline by Which Jacobs and Briggs must Provide Their Expert Disclosures [206], is denied.  It is

FURTHER ORDERED that Motion by Briggs of Burton, PLC for Telephonic Status Conference/Extension of Time for Expert Disclosure and for Judgment, or in the Alternative, for Amendment to Scheduling Order [208], is denied.

DATED: November 1st , 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge