IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00985-RPM
(Consolidated w/Civil Action No. 09-cv-00271-RPM)

COORS BREWING COMPANY and
BRIGGS OF BURTON, PLC,

    Plaintiffs,

v.

JACOBS ENGINEERING GROUP INC.,
JACOBS INDUSTRIAL SERVICES, INC., a/k/a
JACOBS CONSTRUCTION SERVICES, INC., and
JACOBS CONSTRUCTION, INC.,

    Defendants,

and

JACOBS ENGINEERING GROUP INC. and
JACOBS CONSTRUCTION SERVICES, INC.,

    Third-Party Plaintiffs,

v.

BRIGGS OF BURTON, PLC,

    Third-Party Defendant.
_____

ORDER SETTING FINAL PRETRIAL CONFERENCE
_____

    Pursuant to the pretrial conference held on November 16, 2012, it is

    ORDERED that a final pretrial conference is scheduled for **December 20, 2012, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. A revised proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **December 19, 2012.** The conference is conducted with lead

counsel present in person.  No parties or representatives of parties will be permitted to attend.

DATED:   November 19th, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge