**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                February 1, 2013
Courtroom Deputy:    Sabrina Grimm
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 08-cv-00985-RPM

| | |
|---|---|
| COORS BREWING COMPANY, | Robert C. Chambers |
| | Clifford B. Stricklin |
| Plaintiff, | John M. Mastin, Jr. |
| | Robert Simmons |
| v. | |
| JACOBS ENGINEERING GROUP INC., | Albert E. Peacock, III |
| JACOBS INDUSTRIAL SERVICES, INC., a/k/a | David G. Palmer |
| JACOBS CONSTRUCTION SERVICES, INC., and | P. Terry Ross |
| JACOBS CONSTRUCTION, INC., | Elizabeth Beazley |
| | Tara Voss |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Trial to Jury Day Twelve (Jury Not Present)**

**10:00 a.m.      Court in session.**

Plaintiff's client representative Robert Simmons and Defendants' client representative Steve Dickenson are present.

Court's preliminary remarks.

Court states core issues is whether the evidence should be analyzed under separate contracts and separate defendants.

Statement by Mr. Chambers.

10:05 a.m.      Argument by Mr. Peacock.
10:11 a.m.      Argument by Mr. Chambers.
10:18 a.m.      Rebuttal argument by Mr. Peacock.

**Court's finding that the contracts as performed are conflated and the defendants' liability is joint.**

**ORDERED:   Jacobs Engineering Group Inc. and Jacobs Construction Services, Inc.'s Motion for Judgment as a Matter of Law Pursuant to Federal Rule of Civil Procedure 50(a) [267], is denied.**

08-cv-00895-RPM
February 1, 2013

Statements by the Court regarding submission of the case to the jury and jury instructions.

**ORDERED:**   **Counsel shall submit proposed jury instructions, in paper format, by noon on Wednesday, February 6, 2013.** .

Defendants' further and renewed objections regarding damages by Mr. Peacock.

Court's statement regarding capping damages.
Statement by Mr. Chambers.

Court states issue of contractual limitation on damages will be a post verdict ruling by the Court.

**10:30 a.m.**   **Court in recess**.

**Clerk's Note:**   **Defendant's Partial Withdrawal of Deposition Designations** from Zane Barnes deposition transcript submitted by defendant and is **attached.**

Trial  continued.  Total time:   30  mins.