**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00985-RPM
(Consolidated w/Civil Action No. 09-cv-00271-RPM)

COORS BREWING COMPANY and
BRIGGS OF BURTON, PLC,

      Plaintiffs,

v.

JACOBS ENGINEERING GROUP INC.,
JACOBS INDUSTRIAL SERVICES, INC., a/k/a
JACOBS CONSTRUCTION SERVICES, INC., and
JACOBS CONSTRUCTION, INC.,

      Defendants,
and

JACOBS ENGINEERING GROUP INC. and
JACOBS CONSTRUCTION SERVICES, INC.,

      Third-Party Plaintiffs,

v.

BRIGGS OF BURTON, PLC,

      Third-Party Defendant.
_____

**JUDGMENT**
_____

      Pursuant to and in accordance with the Order Dismissing Count One and Count Four of First Amended Complaint, entered by Senior District Judge Richard P. Matsch on December 12, 2011 [165], incorporated herein by reference, it is

      ORDERED that the claims for relief designated as Counts One and Four of the First Amended Complaint are dismissed under Fed.R.Civ.P. 12(b)(6).

      Pursuant to and in accordance with the Stipulation of Voluntary Dismissal of the Third Party Action Pursuant to F.R.C.P. Rule 41 (a)(1)(A)(ii), filed December 20, 2012 [228], it is

STIPULATED that Defendant/third-party Plaintiffs, Jacobs Engineering Group Inc. and Jacobs Construction Services, Inc. and Plaintiff/third-party Defendant Briggs of Burton, PLC agree to voluntarily dismiss one another from any and all claims and counterclaims arising from Briggs' original complaint and Jacobs' counter-claim in case number 09-cv-00271-RPM and from Jacobs' third party complaint against Briggs and Briggs' counter-claim against Jacobs in case number 08-cv-00985-RPM, as consolidated, with prejudice, each party to bear its own costs and fees.

The remaining claims and counter-claims in this case were tried from January 14, 2013, through February 12, 2013, before an empaneled jury of twelve, Senior District Judge Richard P. Matsch presiding. During the presentation of defendants' case one juror was excused for cause and the trial proceeded with eleven jurors.

At the conclusion of the trial, the jury found that plaintiff Coors Brewing Company proved by a preponderance of the evidence that Jacobs did not provide adequate personnel for the Project and awarded $1.00 dollar of loss to Coors for the breach of contract caused by Jacobs . The jury further found that Coors Brewing Company did not prove by a preponderance of the evidence that Jacobs did not properly manage and coordinate the design of the brewery; did not prove by a preponderance of the evidence that Jacobs did not properly manage and coordinate the work done by subcontractors; did not prove by a preponderance of the evidence that Jacobs did not properly manage the installation of equipment and piping on the project, and that Jacobs did not prove its affirmative defense of waiver. Accordingly, it is

FURTHER ORDERED that judgment is entered in favor of plaintiff Coors Brewing Company, and against defendants Jacob Engineering Group, Inc., Jacobs Industrial Services, Inc., a/k/a Jacobs Construction Services, Inc., and Jacobs Construction, Inc. in the amount of $1.00 dollar. It is

FURTHER ORDERED that post judgment interest shall accrue at the legal rate of 0.15 % from the date of entry of this judgment. It is

FURTHER ORDERED that plaintiff Coors Brewing Company shall have its costs by the filing of

a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment.  It is

FURTHER ORDERED that the defendants' Counterclaim is dismissed.

DATED at Denver, Colorado, this 12th day of February, 2013.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

s/J. Chris Smith
By: _____
Deputy Clerk