IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00985-RPM

COORS BREWING COMPANY,

    Plaintiff,

v.

JACOBS ENGINEERING GROUP INC.,
JACOBS INDUSTRIAL SERVICES, INC., a/k/a
JACOBS CONSTRUCTION SERVICES, INC., and
JACOBS CONSTRUCTION, INC.,

    Defendants,

_____

## ORDER CLOSING CASE
_____

    Pursuant to the Joint Stipulation and Resolution of All Pending Motions and Closure of Case [308] filed March 19, 2013, it is

    ORDERED that the stipulation is approved and this matter is closed.

    DATED:   March 20th, 2013

                                 BY THE COURT:

                                 s/Richard P. Matsch
                                 _____
                                 Richard P. Matsch, Senior District Judge